# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### CIVIL CASE NO. 1:18-cv-00134-MR-DSC

| | |
|---|---|
| CANDY LOSSIAH, Administratrix of the Estate of ANTHONY EDWARD LOSSIAH, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) **O R D E R** |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** is before the Court on counsel's "In the Matter of the Designation of Secure Leave for Steve Warren" [Doc. 16].

Plaintiff's counsel requests protection from court appearances for certain dates. [Doc. 16]. Counsel is advised that secure leave is not recognized in this Court. The Court, however does not intend to set this matter for hearing on any of the dates for which counsel seeks protection. Accordingly, counsel's request is moot.

**IT IS, THEREFORE, ORDERED** that "In the Matter of the Designation of Secure Leave for Steve Warren" [Doc. 16] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: January 9, 2019

Martin Reidinger
United States District Judge